```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
DISTRICT COUNCIL NO. 9 INTERNATIONAL                              :
UNION OF PAINTERS AND ALLIED TRADES AFL-                          :
CIO,                                                              :
                                                                  :
                                Petitioner,                       :
                                                                  :
                -v-                                               :
                                                                  :
FUTURE SHOCK ARCHITECTURAL METAL &                                :
GLASS,                                                            :
                                                                  :
                                Respondent.                       :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/08/2022

22-cv-2859 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On April 7, 2022, Petitioner filed the instant petition seeking confirmation of an arbitration award.

Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

ORDERED that Petitioner shall file and serve any additional materials with which it intends to support its petition for confirmation by April 25, 2022. Respondent's opposition, if any, is due on May 25, 2022. Petitioner's reply, if any, is due June 1, 2022.

IT IS FURTHER ORDERED that Petitioner shall serve a copy of the Petition and this Order on Respondent.

SO ORDERED.

Dated: April 8, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge