**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O,

                           Petitioner,
        -against-                                          22 **CIVIL** 2859 (LJL)

                                                                       **JUDGMENT**

Future Shock Architectural Metals & Glass a/k/a
Future Shock Architectural Metals & Glass Corp.,

                           Respondent.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2023, the petition to confirm the Award is GRANTED and the Award is CONFIRMED. Judgment is entered in favor of Petitioners and against Respondent in the amount of $3,457.00, consisting of (1) the arbitration award of $1,250; (2) $1,650 in attorneys' fees; and (3) $557 in costs. Post-judgment interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961. See Lewis v. Whelan, 99 F.3d 542, 545 (2d Cir. 1996) (The award of post-judgment interest is mandatory on awards in civil cases as of the date judgment is entered.); accordingly, the case is closed.

**Dated:**  New York, New York

       May 11, 2023

                                                     **RUBY J. KRAJICK**

                                                      **Clerk of Court**

                       **BY:**         *K. Mango*

                                                      **Deputy Clerk**